IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CAROLYN "ELAINE" FRALEY and ROGER FRALEY,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FARMERS UNION PROPERTY & CASUALTY COMPANY, ANY OF ITS RELEATED ENTITIES, AND DOE AND XYZ DEFENDANTS 1–5,<br><br>Defendants. | CV 20–78–M–DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 28th day of June, 2021.

Donald W. Molloy, District Judge
United States District Court